1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12
   HONG (WENDY) WANG,              )     No. C06-7876 JW
13                                 )
                  Plaintiff,       )
14                                 )
          v.                       )
15                                 )
   MICHAEL CHERTOFF, Secretary of the )  STIPULATION TO DISMISS AND
16 Department of Homeland Security; et al., )  [PROPOSED] ORDER
                                   )
17                Defendants.      )
                                   )
18 _____)

19     Plaintiff, Pro Se, and Defendants, by and through their attorneys of record, hereby stipulate,

20 subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in

21 light of the fact that the United States Citizenship and Immigration Services has adjudicated

22 Plaintiff's adjustment application.

23 //

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION
C06-7876 JW

1 | Each of the parties shall bear their own costs and fees.

2

3 | Dated: October 1, 2007                  Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

    /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: September 26, 2007            /s/
HONG (WENDY) WANG
Pro Se

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED. The Court terminates all pending motions as MOOT and teminates all previously scheduled deadlines. The Clerk shall close the file.

Date:  October 3, 2007          *James Ware*
JAMES WARE
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
C06-7876 JW